In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00127-CR
NO. 09-16-00128-CR
NO. 09-16-00129-CR

_____

STEPHEN CHRISTOPHER LANDRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause Nos. 15-22972, 15-22973, 15-22974

MEMORANDUM OPINION

On March 9, 2016 the trial court sentenced Stephen Christopher Landry on three convictions for aggravated robbery. Landry filed a notice of appeal in each case on April 8, 2016. The district clerk has provided the trial court's certifications to the Court of Appeals. The trial court certified that these are plea-bargain cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On May 9, 2016, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. On May 18, 2016, we granted appellant's motion for extension of time to file a response in each case, but no response has been filed. Because the records do not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on June 28, 2016
Opinion Delivered June 29, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2